In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00317-CR
_____

ROY LEE COLEMAN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause No. 18-29965

MEMORANDUM OPINION

On August 5, 2019, the trial court sentenced appellant Roy Lee Coleman on a conviction for felony driving while intoxicated. Coleman filed a notice of appeal on September 11, 2019. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

1

On September 16, 2019, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on October 15, 2019
Opinion Delivered October 16, 2019
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.